JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER,<br><br>            Plaintiff,<br><br>      v.<br><br>ROUHOLLAH ZARRABI, Trustee of the Rouhollah Zarrabi Revocable Trust dated May 2, 2018; YOUSEF BABAJOUNI, Trustee of the Babajouni Living Trust; and Does 1-10,<br><br>            Defendants. | Case No.: 2:20-cv-09221-RGK-KS<br><br>*Hon. R. Gary Klausner*<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed: October 8, 2020<br>Trial Date:     Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's action against Defendants Rouhollah Zarrabi and Yousef Babajouni is dismissed with prejudice. Each party will be responsible for its own fees and costs.

IT IS SO ORDERED.

Dated: March 12, 2021

*Gary Klausner*

Hon. R. Gary Klausner
United States District Judge